IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JASON HOLLOWAY                                                                                     PLAINTIFF

v.                                                                                        No. 1:13CV218-NBB-SAA

ALCORN COUNTY, ET AL.                                                                        DEFENDANTS

**MEMORANDUM OPINION**

This matter comes before the court on the *pro se* prisoner complaint of Jason Holloway who challenges the conditions of his confinement under 42 U.S.C. § 1983. For the purposes of the Prison Litigation Reform Act, the court notes that the plaintiff was incarcerated when he filed this suit. Holloway has moved [67] for summary judgment, and the defendants have responded [75]. The matter is ripe for resolution. For the reasons set forth below, the plaintiff's motion [67] for summary judgment will be denied.

**Discussion**

Holloway has moved for summary judgment alleging that the defendants have not complied with the court's scheduling order regarding the production of various documents. The defendants have, however, moved to extend the deadline for doing so, and they have now provided the documents required. As such, the instant motion [67] for summary judgment is **DENIED**. In light of this ruling, the instant motion [72] to extend the deadline to respond to the instant motion for summary judgment is **DISMISSED** as moot.

SO ORDERED, this, the 23rd day of October, 2014.

/s/ Neal Biggers
NEAL B. BIGGERS
SENIOR U. S. DISTRICT JUDGE